DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRY LAMAR LEWIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1213

[October 8, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 2016CF000019A.

Terry L. Lewis, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and GERBER, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***